## SUSAN M. RICHARDSON v. E. H. RICHARDSON and Others.[1]

February 24, 1911.

Nos. 16,754.—(139).[2]

**Case followed.**
Richardson v. Richardson, supra, page 12, followed. [Reporter.]

Action in the district court for Renville county to recover possession of certain lots in the village of Morton. The separate answer of E. H. Richardson contained substantially the same allegations as the complaint in the case of Richardson v. Richardson, page 12, supra. The reply contained substantially the allegations of the answer in the former case. Plaintiff's motion for judgment on the pleadings was granted, Qvale, J. From the judgment entered pursuant to the order of court, defendants appealed. Affirmed.

*John A. Dalzell,* for appellants.
*Rieke & Hamrum,* for respondent.

PER CURIAM.

The question involved in this action was presented and decided in Richardson v. Richardson, supra, page 12, 130 N. W. 4. The facts made the basis of plaintiff's cause of action in that case were presented as a defense in this case, and the decision there rendered controls.

Order affirmed.

[1] Reported in 130 N. W. 5.      [2] October, 1910, term calender.